See 2 Tyler.    Error 5.

---

## NOTICE.

### No. 1.

#### ADMINISTRATOR OF WALBRIDGE against SMITH.
#### Franklin, 1816.

IN an action, upon a receipt for property attached, where the liability arises from the property not having been delivered, on demand of an officer holding the execution, other than the officer attaching ; it is material to alledge notice to the receitor, that the execution, issued on the judgment rendered in the suit, is in the hands of the officer demanding the property.